UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CATHLEEN A. KUMBALEK,

        Plaintiff,

v.                           Case No. 18-cv-177-pp

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration

        Defendant.

**ORDER APPROVING STIPULATION FOR REMAND (DKT. NO.17), AND REMANDING CASE FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42. U.S.C. §405(g)**

On July 20, 2018, the parties filed a stipulation for remand for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Dkt. No. 17. The court **APPROVES** the stipulation for remand, and **ORDERS** that:

The case is **REMANDED** to the Commissioner of Social Security. On judicial remand, the Commissioner will instruct the administrative law judge to *inter alia* explain how he considered the borderline age situation, state whether he is applying the higher age category or the chronological age, and note the specific factor(s) he considered; include SSR 96-8p's requisite narrative discussion regarding how the claimant's moderate limitation in concentration,

persistence, or pace affects her ability to work (assuming the ALJ again finds said limitation); and issue a de novo decision.

Dated in Milwaukee, Wisconsin this 20th day of July, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER
United States District Judge**